# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

Jeremy Russell

## Repayment Agreement and Order

No: 1:22-CR-00044-001

On March 13, 2024, Jeremy Russell was sentenced to 30 months imprisonment, followed by a 36-month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. Russell. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1. As a result of the judgment entered against me on March 13, 2024, I have been ordered to pay a total restitution of $225,468.00 and a special assessment of $100.00.

2. On December 23, 2025, I began my service of 36 months of supervised release. The mandatory assessment remains outstanding. The current balance of my restitution is $220,764.46.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of November 2026, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $100.00 per month during the term of supervision.

Jeremy Russell — Date: 10/15/26

Desmond A. Phillips, U.S. Probation Officer — Date: 10/15/26

s/Barbara G. Parker
Assistant U.S. Attorney — Date: 10/16/2026

**THE COURT ORDERS:**

☒ Approval ☐ Disapproval

Leslie Abrams Gardner
Chief U.S. District Judge

Date: 11/2/2026